In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Substituted Trustee under the Will of JULIA B. BEEBE, Deceased, Respondent; GRACE B. STILES et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Carswell, Johnston, Adel and Lewis, JJ. [See 268 App. Div. 1051.]

IGNACI JAKUBOSKI, Appellant, v. MATSON NAVIGATION Co. et al., Respondents. IGNACI JAKUBOSKI, Respondent, v. MATSON NAVIGATION Co. et al., Appellants.— Motion for reargument granted and appeals set down for argument on March 16, 1945, before which date briefs are to be served and filed. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ. [See 264 App. Div. 735; 265 App. Div. 859.] [See post, p. 849.]

GIUSEPPI LANGELOTTI, Plaintiff, v. CITY OF NEW YORK, Appellant, et al., Defendants, and WILLIAMS-BAUER CORPORATION, Impleaded Defendant-Respondent.— Motion for reargument denied, without costs. Motion for stay denied, without costs. Present — Close, P. J., Carswell, Johnston, Adel and Lewis, JJ. [See 268 App. Div. 1061.]

MARGARET SAVAGE, as Administratrix of the Estate of MARK A. SAVAGE, Deceased, Respondent, v. S. & E. MOTOR HIRE CORPORATION et al., Defendants, and SHAWMUT TRANSPORTATION COMPANY, INC., et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Carswell, Johnston, Adel and Lewis, JJ. [See 268 App. Div. 1052.]

JACK SCHULMAN, Respondent, v. WORCESTER SALT COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Close, P. J., Carswell, Johnston, Adel and Lewis, JJ.

GUSSIE SILVERMAN et al., Appellants, v. CITY OF NEW YORK et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Carswell, Johnston, Adel and Lewis, JJ. [See 268 App. Div. 1062.]

DORA SUDIKER et al., Appellants, v. LEEROSS REALTY CORP., Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Close, P. J., Carswell, Johnston, Adel and Lewis, JJ.

SAMUEL ZIRN, Appellant, v. CLIFTON N. BRADLEY et al., Copartners Doing Business as CARRET, GAMMONS & Co., Respondents.— Motion to "modify and correct" decision denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Carswell, Johnston, Adel and Lewis, JJ. [See 268 App. Div. 1063.]